# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| PHIL FEDERSPIEL, | ) | CASE NO. 1:13cv942 |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| vs. | ) | |
| ENHANCED RECOVERY SERVICES, LLC, | ) | **STIPULATED DISMISSAL ENTRY** |
| Defendant. | ) | |

A telephone conference was held in this matter on May 6, 2012, during which the Court actively engaged the parties in settlement negotiations. This afternoon, counsel have advised the Court that the above-captioned case has settled. Accordingly, this case is hereby dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction over the settlement agreement.

IT IS SO ORDERED.

_____   05/17/2013
Dan Aaron Polster
**United States District Judge**